AUSA:     Diane Princ          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:     Matthew Hughes          Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
　　v.
Kanard Scott

Case No.

Case: 2:25−mj−30713
Assigned To : Unassigned
Assign. Date : 11/20/2025
Description: CMP USA V. SCOTT
(DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 1, 2025 - November 19, 2025_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)(e) | Production of child pornography and attempt. |
| 18 U.S.C. § 2252A | Receipt, Distribution, and Possession of Child Pornography. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Hughes, Special Agent-FBI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___November 20, 2025___

City and state: _Detroit, Michigan_____

_____
Judge's signature

Hon. Kimberly G. Altman, United States Magistrate Judge
Printed name and title

## CRIMINAL COMPLAINT

I, Matthew Hughes, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed in this capacity since October of 2019. I am currently assigned in the Detroit Division and am a member of the Southeastern Michigan Trafficking and Exploitation Crimes Task Force which investigates violent crimes against children.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423.  In connection with such investigations, I have served as case agent, have been the affiant for complaints and search warrants, and I have conducted interviews of defendants and witnesses.  As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers.  This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included every fact known to me concerning this investigation.  I have set forth only the facts that I believe are

necessary to establish probable cause to believe that **Kanard Scott** committed violations of 18 U.S.C. § 2251(a) and (e) (Production of Child Pornography, including attempt) and 18 U.S.C. § 2252A (Receipt, Distribution, and Possession of Child Pornography).

## PROBABLE CAUSE

4.    On July 22, 2025, the Illinois State Police (ISP) opened an investigation into an allegation provided to law enforcement by the National Center for Missing and Exploited Children (NCMEC). The information provided by NCMEC indicated that a user posted five nude photos of a minor female onto a social media platform. The photos exposed the minor's vagina and buttocks. After further investigation, ISP investigators identified the minor victim as a 9-year-old female (hereinafter the "MV1") residing in Danville, Illinois.

5.    Due to MV1's age, ISP arranged for MV1 to be forensically interviewed at the Vermilion County Child Advocacy Center in Illinois. During the interview, MV1 acknowledged that she took pictures of her "private" areas and posted the pictures on social media.

6.    MV1 disclosed that another girl named "Jayla" sent MV1 nude pictures on Snapchat. The pictures displayed a female's genital area. MV1 said that "Jayla" asked MV1 to send a picture back to "Jayla" of MV1's vagina.

7.     At "Jayla's" direction, MV1 took a picture of her vagina using her phone. MV1 said she sent the picture to "Jayla." "Jayla" then asked MV1, "can I see your butt?" MV1 blocked "Jayla," but "Jayla" added MV1 using a different Snapchat account and continued to message MV1. MV1 disclosed to the forensic interviewer that she sent photos of herself to "Jayla" approximately 10 times in total.

8.     Following the forensic interview, MV1's mother allowed ISP investigators to take possession of MV1's phone for the purposes of collecting evidence. During a search of the device, ISP located a Snapchat contact for "Jayla" with a username of queen_jayla2032.

9.     On September 5, 2025, ISP issued a search warrant to Snap, Inc. for content related to Snapchat user account queen_jayla2032. ISP received 1.2 gigabytes of data from Snap, Inc. in response to the search warrant. The response included subscriber information with the true name listed as "Jayla," and an account creation IP address of 99.46.216.14. ISP investigators searched for IP address location data for that IP address ending in 216.14 using an open-source database. The database showed the IP address was assigned to an AT&T Cable/DSL modem in Detroit, Michigan.

10.     Given the apparent involvement of a user account outside of Illinois, ISP referred the investigation to the FBI. On October 23, 2025, an FBI agent

assigned to the FBI Springfield Field Office met with ISP investigators and received their investigative information, to include search warrant evidence from Snapchat, photographic evidence, recorded interviews, reports from NCMEC, and other ISP investigative reports.

11.     Within the search warrant material from Snapchat, the FBI agent in Springfield confirmed that Snapchat had provided ISP with content related to user account queen_jayla2032. Snapchat provided records of "snaps," messages, videos, and photos shared between queen_jayla2032 and other Snapchat accounts. The FBI agent viewed the material sent and received by the queen_jayla2032 account and observed that the content contained child pornography. For example, the FBI agent in Springfield observed a video shared between Snapchat user accounts queen_jayla2032 and deonnajohnson25, showing a minor female, believed to be between the ages of 6-8 years old, engaged in oral sex with an adult male.

12.     The search warrant material included subscriber information for user account queen_jayla2032, which showed an account creation IP address of 99.46.216.14. The user account resolved to the same IP address between the dates of July 19, 2025, and July 31, 2025. During that time frame, queen_jayla2032 attempted to "friend" and contact hundreds of Snapchat users, including MV1's Snapchat account.

13.     According to publicly available information, AT&T owns, administers, and/or controls IP address 99.46.216.14. In response to an FBI administrative subpoena, AT&T provided records indicating that IP address 99.46.216.14 was assigned to the following subscriber and address:

Account Number: 337530850
Subscriber Name: Kanard Scott
Address: 15031 Whitcomb Street, Detroit, Michigan
Phone number: 313-452-3154
Email: k.kanard@yahoo.com
Account Status: Open

14.     A review of subpoenaed records, including AT&T phone and internet billing records, disclosed three potential adult residents of the 15031 Whitcomb Street, Detroit, Michigan (hereinafter the "Target Residence"). Each of the three also had the Target Residence listed as their residence on their Michigan driver's license. The potential residents were:

Kanard Scott, DOB: 01/XX/1994
E.S., DOB: 01/XX/1967
G.K., DOB: 03/XX/1991

SEARCH WARRANT AND INTERVIEW OF KANARD SCOTT

15.     On November 17, 2025, the United States District Court for the Eastern District of Michigan issued a warrant authorizing the search of the Target Residence. FBI agents executed the search warrant on November 19, 2025.

16.     Kanard Scott (hereinafter "Scott") voluntarily submitted to an interview with FBI agents at the Target Residence. During the interview, Scott

admitted that he had exchanged nude photos with underage females on Snapchat. Scott stated that he exchanged photos with 25 or more underage girls on Snapchat. Scott received a nude photo on Snapchat from an underage girl a few days prior to November 19, 2025. Scott believed that the youngest person he had received a nude photo from was 14 years old.

17.     Scott disclosed that he would "catfish" other user accounts on Snapchat where he would portray himself as a female while interacting with other Snapchat users. Scott would use screennames with the name "Jayla." Scott admitted ownership and control of several Snapchat user accounts, including queen_jayla2032 and queen_jayla2028.

18.     Scott acknowledged that he interacted with Snapchat user account zXXXXX_XXXXXX24, which was MV1's Snapchat account. Scott asked MV1 to send him nude photos of her body. The interviewing agents showed Scott a facial photo of MV1, and Scott acknowledged that he had requested and received nude photos from MV1. Scott acknowledged that he would ask minor females, like MV1, to pose in certain ways and masturbate for the photos.

19.     FBI agents disclosed to Scott that they were aware that he, via Snapchat, had distributed a video depicting a minor female, believed to be between the ages of 6-8 years old, engaged in oral sex with an adult male. FBI agents showed Scott a facial photo of the minor female, taken from the video in question,

in an effort to identify the minor female. Scott admitted that he sent the video to another Snapchat user depicting the minor female engaged in oral sex. Scott recalled receiving the video online from a Telegram user. Scott did not know the personal identities of the individuals depicted in the video.

20.     Based upon the above, I believe that **Kanard Scott** has committed violations of federal law involving minors, specifically, 18 U.S.C. § 2251(a) and (e) (Production of Child Pornography, including attempt) and 18 U.S.C. § 2252A (Receipt, Distribution, and Possession of Child Pornography). I respectfully seek issuance of a criminal complaint against **Kanard Scott**.

Respectfully submitted,

Matthew Hughes
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date:   November 20, 2025

7